IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MELISSA LOYD                                                              PLAINTIFF

VS.                        CASE NO. 2:04CV00186 GH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                   DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 9th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE